UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILNER C. BAZELAIS JR.,<br><br>                    Plaintiff,<br><br>        -against-<br><br>RIKERS ISLAND CORRECTIONS CENTER (D.O.C.), et al.,<br><br>                  Defendants. | 22-CV-3374 (LTS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued July 18, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii); and Fed. R. Civ. P. 12(h)(3).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 18, 2022
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                Chief United States District Judge